OPINION — AG — ** INITIATIVE PETITION — PAGES ** OPINION DEALS WITH LEGALITY OF: INITIATIVE PETITION OF USING MORE THAN ONE PAGE IN THE PETITION AS CIRCULATED IN ORDER TO FULLY EXPLAIN IN DETAIL THEIR PROPOSED PETITION. ALSO, LIKE TO KNOW THE CORRECT LEGAL SIZE OF A PAGE OF A LEGAL PETITION. — UNDER 34 O.S. 4 [34-4] STATES " 7 X 10 INCHES " (SIZE, SIGNATURES) CITE: 34 O.S. 2 [34-2], 34 O.S. 4 [34-4] (FRED HANSEN)